UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLACKBIRD WILLOW,

        Plaintiff,

   v.

INSPECTOR KATRINA DEMOREST, et al.,

        Defendants.

CASE NO. C05-994JLR

MINUTE ORDER

     The following minute order is made by the direction of the court, the Honorable James L. Robart:

     No Defendant having been served within 120 days after the filing of the complaint, this matter is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 4(m).

     Filed and entered this 21st day of November, 2005.

                                      BRUCE RIFKIN, Clerk

                                      By   s/Mary Duett
                                              Deputy Clerk

MINUTE ORDER